NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IMPOSSIBLE FOODS INC.,**

*Appellant*

**v.**

**MOTIF FOODWORKS, INC.,**

*Cross-Appellant*

---

2024-2217, 2024-2267

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00206.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceedings are DISMISSED under Fed. R. App. P. 42 (b).

2          IMPOSSIBLE FOODS INC. v. MOTIF FOODWORKS, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

October 29, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** October 29, 2024